**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7544**

---

TIDES JERRY NEWTON, III; JAMES EDWARD MAY, II,

Plaintiffs - Appellants,

versus

RICHARD YOUNG, Reg. Administrator; SERGEANT
PRUITT; MOSLEY, Correctional Officer; E. B.
WALKER, Major; DOW, Correctional Officer;
LIEUTENANT WHITE; R. M. LANDON; SERGEANT
WHITEHEAD; O. B. WHITE, Lieutenant,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior
District Judge. (CA-95-829-2)

---

Submitted: December 14, 1995       Decided: January 18, 1996

---

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tides Jerry Newton, III, James Edward May, II, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Newton v. Young</u>, No. CA-95-829-2 (E.D. Va. Sept. 18, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2